**Marie Kuhnert, Administratrix of the Estate of Charles W. Kuhnert, Deceased, Appellant, v. Kenneth R. Whalen, Appellee.**

Gen. No. 48,160.

First District, Second Division.

April 4, 1961.

Pretzel, Stouffer & Nolan, of Chicago, for appellant; Clausen, Hirsh, Miller & Gorman, of Chicago, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.